IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Synetha Penn,                         :

      Plaintiff,                :

   v.                                 :       Case No. 2:09-cv-00169

Michael J. Astrue,                    :       JUDGE HOLSCHUH
Commissioner of Social Security,
                                                :

      Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 27, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. This case is REMANDED to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four. The Clerk shall enter a judgment to that effect.

Date: February 12, 2010               **/s/ John D. Holschuh**
                                                   John D. Holschuh, Judge
                                                   United States District Court